Before State Industrial Board, Respondent. Mary Z. Bush, Respondent, v. F. R. Pittsley and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board, on the authority of *Matter of Fancher* v. *Boston Excelsior Co.* (235 N. Y. 272).

Wearn Broome, an Infant, etc., by Ethel May Broome, His Guardian ad Litem, Respondent, v. A. Vivian Mershon, Appellant.— Judgment and order unanimously affirmed, with costs.

Before State Industrial Board, Respondent. Thomas Brown, Respondent, v. Village of Ossining, N. Y., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Phebe M. Bennett, as Sole Administratrix, etc., of Fred L. Bennett, Deceased, Respondent, v. Merchants Mutual Automobile Liability Insurance Company of Buffalo, N. Y., Appellant.— Motion denied, without costs.

Before State Industrial Board, Respondent. Melburn Cooper, Respondent, v. Columbia Mills, Inc., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before State Industrial Board, Respondent. Daniel A. Getman, Respondent, v. Fonda, Johnstown and Gloversville Railroad Company, Appellant.— Motion denied.

William Harrison, Appellant, v. Harold Hall and Another, Respondents.— Motion denied, with ten dollars costs.

Before State Industrial Board, Respondent. Nellie O. Hitt, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Alfred Hunter, Appellant, v. Royal Insurance Company, Ltd., Respondent.— Motion denied. Hinman, J., not sitting.

Louis F. Hartman, Respondent, v. Lyman H. Bevans, Appellant, and Others. — Motion denied, with ten dollars costs.

Before State Industrial Board, Respondent. Fanita Kilburn, Respondent, v. The Texas Company and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before State Industrial Board, Respondent. James Lawson, Respondent, v. Wallace & Keeney and Another, Appellants.— Motion denied.

Before State Industrial Board, Respondent. Edward Lagoy and Another, Respondents, v. Trembly Brothers and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before State Industrial Board, Respondent. Mary LaRock and Others, Respondents, v. The Austin Company and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

In the Matter of the Probate of the Last Will and Testament of Margaret Crouse, Deceased.— Motion denied, with ten dollars costs.